UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re

**JEANNE RIZZOTTO**,

Debtor.

Case No. **09-60965-11**

# O R D E R

At Butte in said District this 15th day of December, 2009.

In this Chapter 11 bankruptcy, after due notice, a hearing was held December 14, 2009, in Billings on approval of Debtor's Disclosure Statement filed November 6, 2009. Jon R. Binney of Missoula, Montana appeared at the hearing on behalf of the Debtor; Daniel P. McKay of Great Falls, Montana appeared on behalf of the United States Trustee; Doug James of Billings, Montana appeared on behalf of James M. Casey; and James A. Patten of Billings, Montana appeared on behalf of the Bank of Red Lodge, Beartooth Bank, Mark Hill, Darryl D. Moore, Judith A. Moore, Leilia Martinez, Richard Martinez, Dorothy Reynolds, and Scott Reynolds.

At the hearing, Debtor's counsel conceded the objections to Debtor's Disclosure Statement and asked that Debtor have until January 4, 2010, to file an amended disclosure statement and further asked that the hearing on Debtor's amended disclosure statement be held January 12, 2010. Mr. McKay, Mr. James and Mr. Patten did not object to Debtor's counsel's request. Accordingly,

IT IS ORDERED that approval of Debtor's Disclosure Statement filed November 6,

1

Created by Neevia Document Converter trial version http://www.neevia.com

2009, is DENIED; Debtor shall file an amended disclosure statement on or before January 4, 2010; and the hearing on approval of Debtor's amended disclosure statement shall be held **Tuesday, January 12, 2010, at 10:00 a.m.**, or as soon thereafter as the parties can be heard, in the 5TH FLOOR COURTROOM, FEDERAL BUILDING, 316 NORTH 26TH, BILLINGS, MONTANA.

        BY THE COURT

        */s/ Ralph B. Kirscher*
        HON. RALPH B. KIRSCHER
        U.S. Bankruptcy Judge
        United States Bankruptcy Court
        District of Montana

Created by Neevia Document Converter trial version http://www.neevia.com