Jon R. Binney, Esq.
BINNEY LAW FIRM, P.C.
P.O. Box 2253
Missoula, Montana 59806-2253
Telephone: (406) 541-8020
Fax: (406) 543-5023
E-Mail Address: jon@binneylaw.com
I.D. #2895
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| In re: | ) | |
|---|---|---|
| | ) | Case No.  09-60965-11 |
| JEANNE RIZZOTTO, | ) | |
| | ) | **NOTICE OF HEARING** |
| Debtor. | ) | **Date:**  March 9, 2010 |
| | ) | **Time:**  9:00 am |
| | ) | **Location:**  U.S. District Court |
| | ) | 316 North 26th Street |
| | ) | Billings, MT 59101 |

---

**DEBTOR'S OBJECTION TO PROOF OF CLAIM NUMBER 32
FILED BY CLARENCE AND BARBARA WERBELOW, AND NOTICE**

---

COMES NOW, Jon R. Binney, on behalf of Jeanne Rizzotto, Debtor, and pursuant to F.R.B.P. 3007 and Mont. LBR 3007-2, and respectfully objects to the Proofs of Claim filed in the above-entitled case by Steve and Kathy Werbelow for $481,000.00, which is claim number 32 on the Claim Register maintained by the Clerk of Court.

The grounds for this objection are that the Proof of Claim filed has no supporting documentation to support their claim other than a complaint filed in Park County Wyoming.  The Debtor contends that the amount obligated to Werbelow is an obligation based on a securities offering to qualified investors.

THEREFORE, Debtor respectfully requests that the Court disallow the Proof of Claim number 33 in the amount of $481,000.00 filed by Steve and Kathy Werbelow.

DATED this 13th day of February, 2010.

                                     BINNEY LAW FIRM, P.C.
                                     P.O. Box 2253
                                     Missoula, Montana 59806-2253

                                     By: /s/ Jon R. Binney
                                               Jon R. Binney
                                               Attorney for Debtor

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on the 13th day of February, 2010, a true and correct copy of the foregoing OBJECTION TO PROOFS OF CLAIM, AND NOTICE was duly mailed by First Class Mail, postage prepaid, at Missoula, Montana, or served via CM/ECF, to the following:

Office of the U.S. Trustee
(via ECF)

                                                     /s/ Janell Johnson