Jon R. Binney, Esq.
I.D. #2895
BINNEY LAW FIRM, P.C.
P.O. Box 2253
Missoula, Montana 59806-2253
Telephone: (406) 541-8020
Fax: (406) 541-8006
E-Mail Address: jon@binneylaw.com
Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re: | ) Case No: 09-60965 |
| | ) (Chapter 11) |
| JEANNE RIZZOTTO, | ) |
| | ) |
| Debtors. | ) |
| | ) |

## STIPULATION

COMES NOW the Debtor by and through her counsel of record, Jon R. Binney, and Creditor, Steve Werbelow and Kathy Werbelow, by and through their counsel of record, S. Joseph Darrah, and hereby stipulate and agree as follows:

Steve Werbelow and Kathy Werbelow filed Proof of Claim no. 32 on November 16, 2009 for an amount of $481,000. Debtor filed an objection to the claim on February 13, 2010. Parties Stipulate and agree that the Werbelows should be allowed a general unsecured claim of $130,000.00.

DATED this 21st day of April, 2010.

BINNEY LAW FIRM, P.C.
P.O. Box 2253
Missoula, Montana 59806-2253

By: /s/ Jon R. Binney
Jon R. Binney
Attorneys for Debtor

*STIPULATION*                                                                 PAGE - 1

DATED this 21st day of April, 2010.

DARRAH, DARRAH & BROWN
254 E 2nd Street
Powell WY 82435

By: _____
S. Joseph Darrah

## CERTIFICATE OF SERVICE BY MAIL/ECF

The undersigned does hereby certify, under penalty of perjury, that on the 22nd day of April, 2010, a copy of the within and foregoing document was served by mail on the following by depositing a copy of the same in the U.S. Mail, postage prepaid thereon, addressed as follows unless otherwise stated:

*Via ECF*
Office of the US Trustee

_____