# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| IN RE ) | Case No. 09-60965-11 |
| ) | |
| ) | |
| **JEANNE RIZZOTTO**, ) | |
| ) | |
| Debtor. ) | **ORDER** |
| ) | |

AT BUTTE, MONTANA IN SAID DISTRICT THIS 13th DAY OF AUGUST, 2010.

Upon review of the Motion to Allow for Disposal of Personal Property of Secured Creditor, Bank of Red Lodge, filed July 26, 2010 (Docket No. 297), and no objection thereto and request for hearing having been filed after notice to the parties, the Court finds that the Motion is filed for good cause and should be granted without further notice or hearing.

**IT IS ORDERED** Bank of Red Lodge's Motion to Allow for Disposal of Personal Property, filed July 26, 2010 (Dkt. 297) is **GRANTED**, and Bank of Red Lodge is authorized to and shall dispose of the Debtor's personal property pursuant to § 70-24-430, MCA, and the terms of the Bank of Red Lodge's Motion.

BY THE COURT

*Ralph B. Kirscher*
HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana